**ATTACHMENT TO CIVIL COVER SHEET**

**Wilburn Williamson v. Merck & Co., Inc., et al.**

Additional Defendants

- Pfizer Inc.
- Edwardsville Health Care Center Investors, L.L.C. d/b/a University Nursing & Rehabilitation Center