| | | | | |
|---|---|---|---|---|
| REGISTRATION DISTRICT NO. **60.2** | 80780 | STATE OF ILLINOIS | | STATE FILE NUMBER |
| REGISTERED NUMBER **2076** | | MEDICAL CERTIFICATE OF DEATH | | |

| DECEASED—NAME | FIRST | MIDDLE | LAST | SEX | DATE OF DEATH (MONTH, DAY, YEAR) |
|---|---|---|---|---|---|
| 1. | Pauline | | Gale | 2. Female | 3. October 23, 2004 |

| COUNTY OF DEATH | AGE—LAST BIRTHDAY (YRS) | UNDER 1 YEAR MOS. / DAYS | UNDER 1 DAY HOURS / MIN. | DATE OF BIRTH (MONTH, DAY, YEAR) |
|---|---|---|---|---|
| 4. Madison | 5a. 91 | 5b. | 5c. | 5d. December 11, 1912 |

| CITY, TOWN, TWP, OR ROAD DISTRICT NUMBER | HOSPITAL OR OTHER INSTITUTION—NAME (IF NOT IN EITHER, GIVE STREET AND NUMBER) | IF HOSP. OR INST. INDICATE D.O.A. OP/EMER. RM. INPATIENT (SPECIFY) |
|---|---|---|
| 6a. Maryville | 6b. Anderson Hospital | 6c. Inpatient |

| BIRTHPLACE (CITY AND STATE OR FOREIGN COUNTRY) | MARRIED, NEVER MARRIED, WIDOWED, DIVORCED (SPECIFY) | NAME OF SURVIVING SPOUSE (MAIDEN NAME, IF WIFE) | WAS DECEASED EVER IN U.S. ARMED FORCES? (YES/NO) |
|---|---|---|---|
| 7. Murphysboro, IL | 8a. Divorced | 8b. | 9. No |

| SOCIAL SECURITY NUMBER | USUAL OCCUPATION | KIND OF BUSINESS OR INDUSTRY | EDUCATION (SPECIFY ONLY HIGHEST GRADE COMPLETED) Elementary/Secondary (0-12) / College (1-4 or 5+) |
|---|---|---|---|
| 10. 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 | 11a. Homemaker | 11b. Own Home | 12. 12 |

| RESIDENCE (STREET AND NUMBER) | CITY, TOWN, TWP, OR ROAD DISTRICT NO. | INSIDE CITY (YES/NO) | COUNTY |
|---|---|---|---|
| 13a. # 3 Driftwood | 13b. Collinsville | 13c. Yes | 13d. Madison |

| STATE | ZIP CODE | RACE (WHITE, BLACK, AMERICAN INDIAN, etc.) (SPECIFY) | OF HISPANIC ORIGIN? (SPECIFY NO OR YES-IF YES, SPECIFY CUBAN, MEXICAN, PUERTO RICAN, etc.) |
|---|---|---|---|
| 13e. Illinois | 13f. 62234- | 14a. White | 14b. [X] NO / [ ] YES / SPECIFY: |

| FATHER—NAME | FIRST | MIDDLE | LAST | MOTHER—NAME | FIRST | MIDDLE | (MAIDEN) LAST |
|---|---|---|---|---|---|---|---|
| 15. | Henry | | Henerfouth | 16. | Beatrice | | Neace |

| INFORMANT'S NAME (TYPE OR PRINT) | RELATIONSHIP | MAILING ADDRESS (STREET AND NO. OR R.F.D., CITY OR TOWN, STATE, ZIP) |
|---|---|---|
| 17a. Bud Williamson | 17b. Son | 17c. # 3 Driftwood Collinsville, IL 62234- |

18. PART I. Enter the diseases, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line.

| | | APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH |
|---|---|---|
| Immediate Cause (Final disease or condition resulting in death) | (a) Sepsis | Acute |
| CONDITIONS, IF ANY WHICH GIVE RISE TO IMMEDIATE CAUSE (a) STATING THE UNDERLYING CAUSE LAST. | DUE TO, OR AS A CONSEQUENCE OF (b) | |
| | DUE TO, OR AS A CONSEQUENCE OF (c) | |

| PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in PART I. | AUTOPSY (YES/NO) | WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? (YES/NO) |
|---|---|---|
| | 19a. No | 19b. No |

| DATE OF OPERATION, IF ANY | MAJOR FINDINGS OF OPERATION | IF FEMALE, WAS THERE A PREGNANCY IN PAST THREE MONTHS? |
|---|---|---|
| 20a. | 20b. | 20c. YES [ ] NO [X] |

| I (DID) (DID NOT) ATTEND THE DECEASED AND LAST SAW HIM/HER ALIVE ON (MONTH, DAY, YEAR) | WAS CORONER OR MEDICAL EXAMINER NOTIFIED? (YES/NO) | HOUR OF DEATH |
|---|---|---|
| 21a. 9-29-04 | 21b. No | 21c. 10:00 PM |

| TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE TIME, DATE AND PLACE AND DUE TO THE CAUSE(S) STATED. | DATE SIGNED (MONTH, DAY, YEAR) |
|---|---|
| 22a. SIGNATURE ► | 22b. 10-25-04 |

| NAME AND ADDRESS OF CERTIFIER (TYPE OR PRINT) | ILLINOIS LICENSE NUMBER |
|---|---|
| 22c. DR. Tibor Kopjas 2118 Vadalabene DR. | 22d. 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 |

| NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (TYPE OR PRINT) | NOTE: IF AN INJURY WAS INVOLVED IN THIS DEATH THE CORDNER OR MEDICAL EXAMINER MUST BE NOTIFIED. |
|---|---|
| 23. Maryville IL 62062 | |

| BURIAL, CREMATION, REMOVAL (SPECIFY) | CEMETERY OR CREMATORY—NAME | LOCATION CITY OR TOWN | STATE | DATE (MONTH, DAY, YEAR) |
|---|---|---|---|---|
| 24a. Burial | 24b. Ava Evergreen | 24c. Ava | IL | 24d. 10/26/2004 |

| FUNERAL HOME | NAME | STREET AND NUMBER OR R.F.D. | CITY OR TOWN | STATE | ZIP |
|---|---|---|---|---|---|
| 25a. Herr Funeral Home 501 W. Main St Collinsville, IL 62234 | | | | | |

| FUNERAL DIRECTOR'S SIGNATURE | | FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER |
|---|---|---|
| 25b. ► | John Schemerhorn | 25c. 034-012355 |

| LOCAL REGISTRAR'S SIGNATURE | DATE FILED BY LOCAL REGISTRAR (MONTH, DAY, YEAR) |
|---|---|
| 26a. ► Patty J. Thiede | 26b. October 25, 2004 |

VR200 (REV. 5/89)    Illinois Department of Public Health-- Division of Vital Records    (BASED ON 1989 U.S. STANDARD CERTIFICATE)

## Exhibit 2

### CERTIFIED COPY OF VITAL RECORDS

STATE OF ILLINOIS ) SS
COUNTY OF MADISON )

DATE ISSUED

DEC 1 2 2006

Mark Von Nida
MARK VON NIDA
COUNTY CLERK

This is to certify that this is a true and correct copy of the official record filed in the office of the County Clerk of Madison County.
Not valid without the embossed seal of Madison County, Illinois.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE