IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILBURN WILLIAMSON, Individually and as Special Administrator of the Estate of PAULINE GALE,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC., et al.,<br>Defendants. | Case No.:<br><br>**JURY DEMAND** |

### CONSENT TO REMOVAL

Defendant, PFIZER INC., by and through its attorneys and without waiving any defenses in this action, hereby consents to the removal of the above-captioned action, from the Circuit Court of Madison County, Illinois, to the United States District Court for the Southern District of Illinois, pursuant to 28 U.S.C. § 1332, 1441, and 1446.

Dated: December 14, 2006        By:   /s/ Robert H. Shultz, Jr.
HEYL, ROYSTER, VOELKER & ALLEN
Robert H. Shultz, Jr. - #03122739
103 West Vandalia Street, Suite 100
Edwardsville, Illinois 62025
Telephone: (618) 656-4646
**Attorneys for Pfizer Inc.**

**Exhibit 4**