CLOSED

## U.S. District Court
## Southern District of Illinois (East St. Louis)
## CIVIL DOCKET FOR CASE #: 3:06-cv-01023-MJR-PMF
## Internal Use Only

Williamson v. Merck & Co Inc et al
Assigned to: Judge Michael J. Reagan
Referred to: Mag Judge Philip M. Frazier
Case in other court: Madison County Circuit Court, 06-L-952
Cause: 28:1332 Diversity-Product Liability

Date Filed: 12/14/2006
Date Terminated: 06/22/2007
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Wilburn Williamson**
*Individually and as Special Administrator of the Estate of Pauline Gale*

represented by **Aaron K. Dickey**
Goldenberg, Heller, et al.
Generally Admitted
2227 South State Route 157
P.O. Box 959
Edwardsville, IL 62025
618-656-5150
Fax: 618-656-6230
Email: Aaron@gmhalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Merck & Co Inc**
*doing business as*
MSD Sharp & Dohme GmbH
*doing business as*
Merck, Sharp and Dohme

represented by **Randy J. Soriano**
Bryan Cave - St. Louis
Generally Admitted
211 North Broadway
One Metropolitan Square, Suite 3600
St. Louis, MO 63102
314-259-2000
Email: rjsoriano@bryancave.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen G. Strauss**
Bryan Cave - St. Louis
211 North Broadway
One Metropolitan Square, Suite 3600
St. Louis, MO 63102
314-259-2444
Fax: 314-259-2020

        Email: sgstrauss@bryancave.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pfizer Inc**    represented by    **Robert H. Shultz, Jr.**
Heyl, Royster et al. - Edwardsville
Generally Admitted
103 West Vandalia Street
P.O. Box 467
Edwardsville, IL 62025
618-656-4646
Email: rshultz@hrva.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Edwardsville Health Care Center Investors, L.L.C.**
*doing business as*
University Nursing & Rehabilitation Center
   represented by    **Kevin T. Hoerner**
Becker, Paulson et al.
5111 West Main Street
Belleville, IL 62226
618-235-0020
Email: KTH@bphlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/14/2006 | 1 | Case Opened. Filing fee paid $ 350.00, Receipt Number 300 115872. Documents may now be electronically filed. Case number 06-1023-MJR must be placed on all documents prior to filing them electronically. (Attachments: # 1 Notice & Consent to Trial by US Magistrate Judge) (tkm) (Entered: 12/14/2006) |
| 12/18/2006 | 2 | NOTICE OF REMOVAL by Merck & Co Inc from Madison County, case number 06-L-952. ( Filing fee $ 350) (Attachments: # 1 Civil Cover Sheet # 2 Civil Cover Sheet Attachment to Civil Cover Sheet# 3 Exhibit 1-A to Removal# 4 Exhibit 1-B to Removal# 5 Exhibit 2 to Removal# 6 Exhibit 3 to Removal# 7 Exhibit 4 to Removal)(Soriano, Randy) (Entered: 12/18/2006) |
| 12/18/2006 | 3 | ANSWER to Complaint with Jury Demand by Merck & Co Inc.(Soriano, Randy) (Entered: 12/18/2006) |
| 12/18/2006 | 4 | MOTION to Stay by Merck & Co Inc. (Soriano, Randy) (Entered: 12/18/2006) |
| 12/18/2006 | 5 | NOTICE of Appearance by Stephen G. Strauss on behalf of Merck & Co Inc (Strauss, Stephen) (Entered: 12/18/2006) |
| 12/18/2006 | 6 | CONSENT to Removal byPfizer Inc. (Shultz, Robert) (Entered: |

| | | |
|---|---|---|
| | | 12/18/2006) |
| 12/18/2006 | 7 | ANSWER to Complaint with Jury Demand by Pfizer Inc.(Shultz, Robert) (Entered: 12/18/2006) |
| 12/18/2006 | 8 | Corporate Disclosure Statement by Pfizer Inc. (Shultz, Robert) (Entered: 12/18/2006) |
| 12/20/2006 | 9 | Summons issued as to Edwardsville Health Care Center Investors, L.L.C.. (lmb) (Entered: 12/20/2006) |
| 12/28/2006 | 10 | RESPONSE in Opposition re 4 MOTION to Stay filed by Wilburn Williamson. (Dickey, Aaron) (Entered: 12/28/2006) |
| 01/04/2007 | | (Court only) ***Motion No Longer Referred to Judge Frazier: 4 MOTION to Stay (kls) (Entered: 01/04/2007) |
| 01/05/2007 | 11 | REPLY to Response to Motion re 4 MOTION to Stay filed by Merck & Co Inc. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4)(Strauss, Stephen) (Entered: 01/05/2007) |
| 01/22/2007 | 12 | MOTION to Remand to State Court by Wilburn Williamson. (Dickey, Aaron) (Entered: 01/22/2007) |
| 01/22/2007 | 13 | MEMORANDUM in Support re 12 MOTION to Remand to State Court filed by Wilburn Williamson. (Dickey, Aaron) (Entered: 01/22/2007) |
| 02/19/2007 | 14 | MEMORANDUM in Opposition re 12 MOTION to Remand to State Court filed by Merck & Co Inc. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Strauss, Stephen) (Entered: 02/19/2007) |
| 04/19/2007 | 15 | Alias Summons issued as to Edwardsville Health Care Center Investors, L.L.C. (lmb) (Entered: 04/19/2007) |
| 05/30/2007 | 16 | MOTION for Extension of Time to File Answer by Edwardsville Health Care Center Investors, L.L.C.. (Hoerner, Kevin) (Entered: 05/30/2007) |
| 05/30/2007 | 17 | NOTICE of Appearance by Kevin T. Hoerner on behalf of Edwardsville Health Care Center Investors, L.L.C. (Hoerner, Kevin) (Entered: 05/30/2007) |
| 06/04/2007 | 18 | ORDER GRANTING 16 defendant Edwardsville Health Care Center Investors, L.L.C.'s MOTION for Extension of Time to File Answer to plaintiff's Complaint. Edwardsville Health Care Center Investors, L.L.C.'s answer due 6/19/2007.Action due by 6/19/2007. Signed by Judge Philip M. Frazier on 6/4/07. (mta) (Entered: 06/04/2007) |
| 06/19/2007 |  | (Court only) ***Staff notes: Per 6/15/07 correspondence to Judge Reagan (rcvd in chambers 6/19/07), this case has been transferred as part of MDL-1699, In Re Bextra and Celebrex Marketing Products Liability Litigation. (soh ) (Entered: 06/19/2007) |
| 06/19/2007 | 19 | ANSWER to Complaint with Jury Demand *and Affirmative Defenses* by Edwardsville Health Care Center Investors, L.L.C..(Hoerner, Kevin) (Entered: 06/19/2007) |

| 06/22/2007 | ◑20 | ORDER TRANSFERRING CASE (MDL-1657 & MDL-1699): Case transferred to USDC, Northern District of CA. (Attachments: # 1 Cover Letter)(lmb) (Entered: 06/28/2007) |
| 06/28/2007 | ◑21 | Transfer letter to Northern District of California (lmb) (Entered: 06/28/2007) |